# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                CASE NO.: 21-10280
                                                                                 CHAPTER 13

**MARY LEE DAVIS,**

     Debtor(s).

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## OBJECTION TO PROOF OF CLAIM #5 FILED U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF IGLOO SERIES IV TRUST.

     **COMES NOW,** the Debtor, by and through counsel and files this Objection to Claim #5 filed by U.S. Bank Trust National Association and states as follows:

     1)      The creditor filed a proof of claim for the Debtors mortgage in the amount of $97,242.06

     2)      The amount claimed in Claim #5 includes future interest and future principal payments.

     3)      The amount claimed in Claim #5 includes unspecified fees and costs in the amount of $23,417.81, incurred 3/18/21.

     2)      Per Claim #5, the principal balance is $43,520.63, forbearance principal shown is $1,511.34, with a monthly payment of $474.49.

     **WHEREFORE**, the Debtor requests that this Honorable Court issue an order reducing the claim to $43,520.63 with an arrears amount of $1,511.34 and allowing for direct pay future mortgage payments, as prescribed in the Plan (Doc 8), and such further and different relief as justice requires.

Respectfully submitted the 8th day of June 2021.

                                                                        ***/s Samantha R. Valenzuela***  
                                                                       Samantha R. Valenzuela  
                                                                       Attorney for Debtor  
                                                                       154 E Broad Street  
                                                                       Ozark, AL 36360  
                                                                       Samantha@v-lawfirm.com  
                                                                       (334)774-1199(office)  
                                                                       (334)774-1188 (fax)

## **CERTIFICATE OF SERVICE**

      I, Samantha R. Valenzuela, certify that a copy of the foregoing Objection to Claim #5 filed by U.S. Bank Trust National Association, as Trustee of Igloo Series IV Trust has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, on the 8th day of June 2021.

Sabrina McKinney  
Chapter 13 Trustee  
Post Office Box 173  
Montgomery, AL 36104

SN Servicing Corporation  
323 Fifth St  
Eureka, CA 95501

                                                                       ***/s/ Samantha R. Valenzuela***  
                                                                       Samantha R. Valenzuela