UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MARY LEE DAVIS ) | |
| ) | CASE NO. 21-10280 |
| Debtor. ) | |
| ) | |

**RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 5
FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION,
AS TRUSTEE OF IGLOO SERIES III TRUST**

**COMES NOW** US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST ("Creditor") a creditor in the above-captioned case, by and through counsel, and hereby responds to the Debtor's Objection to Claim No. 5 filed by U.S. Bank National Association, as Trustee of Igloo Series III Trust filed June 8, 2021 (Doc. No. 19).

1. On May 25, 2021, Creditor filed a total debt Proof of Claim docketed as Claim No. 5 ("Claim"), in the total amount of $97,242.06.

2. On June 8, 2021, the Debtor filed an Objection to Claim #5 filed by U.S. Bank National Association, as Trustee of Igloo Series III Trust (Doc. No. 19) ("Objection"). The Objection alleges that Claim contains future interest and principal payments, and unspecified fees and costs.

3. Creditor denies the allegations in the Objection and avers the Claim is accurate as filed.

**WHEREFORE**, Creditor respectfully requests that the Court:

1. Grant Creditor an opportunity to be heard on the matter of the Objection;

2. Deny the Objection; and

3. For other such relief as the Court deems just and proper.

Date: July 12, 2021

**MCMICHAEL TAYLOR GRAY, LLC**
/s/ Mark A. Baker
Mark A. Baker (ASB 2549-E57M)
Attorneys for Creditor
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or CM/ECF to the parties listed on the attached service list, this July 12, 2021

## SERVICE LIST

### VIA U.S. MAIL
Mary Lee Davis
2438 Lake Street
Dothan, AL 36303

### VIA CM/ECF
Samantha Valenzuela
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

**MCMICHAEL TAYLOR GRAY, LLC**
/s/ Mark A. Baker
Mark A. Baker (ASB 2549-E57M)
Attorneys for Creditor
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com